## Pennsylvania Coal Company's Assessment.

*Taxation—Assessments—Coal lands—Board of Revision and Appeal—Findings—Appeal—Practice, Supreme Court.*

Findings of fact by the Board of Revision and Appeal as to the value of coal lands will not be reversed by the Supreme Court where it appears that the board has considered the evidence presented and given due regard to the weight thereof.

Argued Feb. 21, 1917. Appeal, No. 26, Jan! T., 1917, by Pennsylvania Coal Company, from order of C. P. Lackawanna Co., Oct. T., 1916, No. 1292, fixing valuation of coal lands, In re Assessment and Valuation of Coal Land of Pennsylvania Coal Company in Borough of Dunmore, Lackawanna County. Before BROWN, C. J., POTTER, STEWART, FRAZER and WALLING, JJ. Affirmed.

Appeal from valuation of coal lands at triennial assessment by the Board of Revision and Appeal. Before NEWCOMB, J.

The opinion of the Supreme Court states the facts.

The court in banc assessed the Pennsylvania Coal Company's property at $300 per foot acre. Pennsylvania Coal Company appealed.

*Error assigned* was the order of the court.

*Frank W. Wheaton,* and *John P. Kelly,* with them

*Henry A. Knapp, James H. Torrey, James E. Burr, M. J. Martin, D. R. Reese* and *John R. Wilson,* for appellant.

*H. C. Reynolds,* and *H. L. Taylor,* County Solicitor, for appellee.

PER CURIAM, March 23, 1917:

The appeal of the Pennsylvania Coal Company from the valuation and assessment of its coal lands in Dunmore Borough by the Board of Revision and Appeal for the County of Lackawanna was heard by the court below in banc, and the finding of its judges was that the value of those lands on January 1, 1916, was $400 per foot acre. Following a rule of uniformity, they reduced it to $300 per foot acre for assessment purposes, or $25 less than the valuation for the purposes of taxation fixed by the Board of Revision and Appeal. What we are asked to change on this appeal is the finding of fact by the judges of the court below in fixing the valuation of the lands. It was for them to fix this after the consideration of the evidence in the case and giving due regard to the weight thereof: Lehigh Valley Coal Co. v. Northumberland County Commissioners, 250 Pa. 515. They seem to have followed this rule, and, after duly considering what was submitted to them, we cannot say their finding was erroneous. This appeal is, therefore, dismissed without costs to either party.